



1   **EDWARD R. SCHWARTZ, CA Bar No. 147553**
    e-mail:  ers@cph.com
2   **CHRISTIE, PARKER & HALE, LLP**
    **350 West Colorado Boulevard, Suite 500**
3   **Post Office Box 7068**
    **Pasadena, California 91109-7068**
4   **Telephone: (626) 795-9900**
    **Facsimile: (626) 577-8800**
5
    Attorneys for Plaintiff,
6   Blumenthal Distributing, Inc.
    dba Office Star Products
7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  BLUMENTHAL DISTRIBUTING,            Case No. **SACV08-0307 AG**
    INC. dba OFFICE STAR PRODUCTS,
12                                      **COMPLAINT FOR PATENT**
              Plaintiff,                **INFRINGEMENT; TRADE**
13                                      **DRESS INFRINGEMENT; AND** (ANx)
       vs.                              **COMMON LAW UNFAIR**
14                                      **COMPETITION; JURY DEMAND**
    NORSTAR OFFICE PRODUCTS,
15  INC. dba BOSS OFFICE PRODUCTS,

16            Defendant.

17

18  **I.    JURISDICTION.**

19        1.     This is an action for patent infringement in violation of the patent

20  laws of the United States, 35 U.S.C. § 1, et seq.; for trade dress infringement

21  under 15 U.S.C. § 1125(a); and for common law unfair competition.  This Court

22  has jurisdiction under 28 U.S.C. §§ 1338(a) and (b) as to the claims under federal

23  law and pursuant to 28 U.S.C. § 1267(a) for Plaintiff's claim under state law.

24        2.     Venue is proper under 28 U.S.C. §§ 1391(b) and/or (c) and 1400(b)

25  in that Defendant is subject to personal jurisdiction in this judicial district.

26  **II.   PARTIES.**

27        3.     Plaintiff Blumenthal Distributing, Inc. which does business under the

28  trade name Office Star Products ("Office Star") is a corporation organized and

CHRISTIE, PARKER & HALE, LLP

-1-

existing under the laws of the State of California having a principal place of business at 1901 S. Archibald Avenue, Ontario, California 91761.

4.    On information and belief, Defendant Norstar Office Products, Inc. which does business under the trade name of Boss Office Products ("Boss") is a corporation organized under the laws of the State of California, having a principal place of business at 5353 Jillson Street, Commerce, California 90040, and which does business in California and within this judicial district.

## III.    FACTUAL BACKGROUND.

5.    Office Star has been engaged for many years and is presently engaged in the design and distribution of office furniture.  Office Star's products are sold throughout the United States in various channels of trade including e-commerce, catalogs, retail stores, and third party fulfillment.

6.    In August 2004, Office Star introduced an office chair having a novel and distinctive design, which chair was designated as either the 5500 or 5700 chair depending whether the chair had mesh or leather seats.  Office Star and its retailer customers have extensively promoted the 5500 and 5700 chairs resulting in an outstanding commercial success of the chair and the design of the chair acting as a designation of source.  As a result, the design of the 5500 and 5700 chair has acquired a goodwill which inures to Office Star's benefit. Printouts from Office Star's web site showing Plaintiff's 5500 and 5700 chairs are attached hereto as Exhibits A and B.

7.    On May 19, 2004, Tung-Hua Su ("Su") filed an application, Serial No. 29/205,701, with the United States Patent and Trademark Office to obtain a design patent on its original and unique chair design for the 5500 and 5700 chairs. A patent for the design entitled "Chair," Patent Number D510,488 issued on October 11, 2005 ("the '488 Patent").  Su has assigned to Office Star the exclusive right to sue for infringement of the '488 Patent.  A copy of the '488 Patent is attached hereto as Exhibit C.

CHRISTIE, PARKER & HALE, LLP

8.      Notwithstanding the rights of Office Star in the design of the 5500 and 5700 chairs, Defendant Boss has manufactured, imported, offered for sale and/or sold office chairs which are a colorable imitation of the patented 5500 and 5700 chair design.   Printouts from Defendant's web site showing Defendant's infringing B5500 and B5700 chairs are attached hereto as Exhibits D and E.

9.      Defendant's manufacture, importation, offer for sale and/or sale of office chairs which embody Plaintiff's original and distinctive model 5500 and 5700 chair design has been and is without the consent or authorization of Su or Office Star.

## FIRST CLAIM FOR RELIEF
### (Patent Infringement)

10.      Plaintiff repeats and realleges herein the allegations contained in paragraphs 1 through 9 hereinabove.

11.      On information and belief, Defendant, alone or in concert with others, has manufactured, imported, offered for sale, and/or sold and continues to offer for sale and sell in this district and elsewhere in the United States, office chairs which infringe the claim of the '488 Patent.

12.      By its aforesaid acts, Defendant has violated 35 U.S.C. § 271 by its direct infringement of the '488 Patent and by its acts of inducing others to infringe the '488 Patent.

13.      On information and belief, the acts of infringement of Defendant will continue unless enjoined by this Court.

14.      Plaintiff is being damaged by Defendant's infringement of the '488 Patent and is being and will continue to be irreparably damaged unless Defendant's infringement is enjoined by this Court.   Plaintiff does not have an adequate remedy at law.

15.      On information and belief, Defendant's infringement of the '488 patent is and has been willful.

CHRISTIE, PARKER & HALE, LLP

## SECOND CLAIM FOR RELIEF

### (Trade Dress Infringement)

16.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 9 hereinabove.

17.    As a result of the promotion and extensive sales of Office Star's 5500 and 5700 chairs, the trade and consuming public have come to recognize the trade dress of the chairs as designating a single source of origin.

18.    Defendant's use of a chair design which is a colorable imitation of Office Star's chair design is likely to cause confusion that Defendant's chairs are made by, sponsored by, or affiliated with Plaintiff.

19.    On information and belief, Defendant had knowledge of the sales success of Office Star's 5500 and 5700 chairs and with complete disregard in Plaintiff's rights in the chairs' trade dress, copied Plaintiff's trade dress and promoted and sold office chairs bearing a colorable imitation of Plaintiff's trade dress in a manner unfairly competing with Plaintiff.

20.    The above-described acts of Defendant constitute a false designation of origin and trade dress infringement in violation of 15 U.S.C. § 1125(a) in that Defendant has used in connection with its goods a false designation of origin and false description or representation tending to falsely describe or represent the same as originating from Plaintiff and has caused such goods to enter into interstate commerce.

21.    Plaintiff is being damaged and is likely to be damaged in the future by Defendant's acts by reason of the likelihood that purchasers will be confused as to the source, sponsorship, or affiliation of Defendant's goods.

22.    Defendant has unfairly profited from the actions alleged herein and will continue to be unjustly enriched until such conduct is enjoined.

23.    By reason of Defendant's acts alleged herein, Plaintiff has and will continue to suffer damage to its business reputation and goodwill and the loss of

CHRISTIE, PARKER & HALE, LLP

sales and profits Plaintiff would have made but for Defendant's acts.

24. By reason of Defendant's acts alleged herein, plaintiff has suffered and will continue to suffer irreparable harm unless and until Defendant's conduct is enjoined.

25. Defendant's acts alleged herein were and are willful and taken in conscious disregard of Plaintiff's rights.

## THIRD CLAIM FOR RELIEF
### (Common Law Unfair Competition)

26. Plaintiff repeats and realleges paragraphs 1 through 9 and 17 through 25 hereinabove.

27. The above-described conduct of Defendant constitutes unfair competition under the common law of the state of California.

28. Because Defendant's acts of trade dress infringement have been intentional and willful and in conscious disregard of Plaintiff's rights and with an intent to trade on the goodwill of Plaintiff, Plaintiff is entitled to an award of punitive damages.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

1. That this Court adjudge and declare:

    a. That it has jurisdiction of the parties and of the subject matter of this action;

    b. That United States Patent D510,488 is valid;

    c. That the trade dress of Plaintiff's 5500 and 5700 chairs is protectable and inures to Plaintiff's benefit;

    d. That Defendant has committed acts of patent infringement and trade dress infringement by its manufacture, importation, offer for sale and/or sale of office chairs having a design that is a colorable imitation of Plaintiff's 5500 and 5700 chair design; and

    e. That Defendant has committed acts of unfair competition by

CHRISTIE, PARKER & HALE, LLP

its acts of willful trade dress infringement.

3.      That Defendant be required by mandatory injunction to deliver up to Plaintiff for destruction any and all chairs in Defendant's possession, custody or control embodying unauthorized use of the design shown in United States Patent No. D510,488 or Plaintiff's 5500 and 5700 chair design as well as any promotional literature and packaging which display an infringing chair design;

4.      That Plaintiff be awarded damages covered by the acts of patent infringement of Defendant in an amount not less that a reasonable royalty pursuant to 25 U.S.C. 284 or in an amount equal to Defendant's profits pursuant to 35 U.S.C. § 289, whichever is greater and that such damages be trebled in accordance with the provisions of 35 U.S.C. § 284;

5.      That Defendant pay to Plaintiff its damages and all profits which Defendant has received from sale of the infringing chairs during the period of the infringement of Plaintiff's trade dress, and that such damages be trebled in accordance with the provisions of 15 U.S.C. § 1117;

6.      That Defendant pay Plaintiff punitive damages;

7.      That Defendant pay Plaintiff prejudgment interest on all infringement damages;

8.      That Plaintiff have and recover its costs in this action, including attorney's fees; and

9.      That Plaintiff have such other or further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes demand for a jury trial of this action.

CHRISTIE, PARKER & HALE, LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED:  March 17, 2008

By _____

Edward R. Schwartz
Attorneys for Plaintiff,
Blumenthal Distributing, Inc.
dba Office Star Products

BLV PAS784751.1-*-03/17/08 2:30 PM

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A



**EXHIBIT A**
**Page 8**

# EXHIBIT B



**EXHIBIT B**
**Page 9**                                    3/17/2008

# EXHIBIT C



US00D510488S

(12) **United States Design Patent**

Su

(10) Patent No.: **US D510,488 S**

(45) Date of Patent: ** **Oct. 11, 2005**

(54) **CHAIR**

(76) Inventor: **Tung-Hua Su**, No. 6, Sec. 3, Bao Ta Road, Kuwi Jen Hsiang, Tainan Hsien (TW)

(**) Term: **14 Years**

(21) Appl. No.: **29/205,701**

(22) Filed: **May 19, 2004**

(51) LOC (8) Cl. .................................................. **06-01**
(52) U.S. Cl. ................................................. **D6/366**
(58) Field of Search ..................... D6/334, 364, 365, D6/366, 367, 498, 500–502; 297/411.2, 411.27, 411.36, 452.29

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D346,279 S | * | 4/1994 | Stumpf et al. | ............... D6/366 |
| D453,079 S | * | 1/2002 | Ma | ............... D6/366 |
| D474,346 S | * | 5/2003 | Saylor et al. | ............... D6/366 |
| D479,656 S | * | 9/2003 | Ma | ............... D6/366 |
| D486,656 S | * | 2/2004 | Su | ............... D6/366 |
| D487,359 S | * | 3/2004 | Giugiaro | ............... D6/366 |
| D489,191 S | * | 5/2004 | Ma | ............... D6/366 |
| D489,541 S | * | 5/2004 | Su | ............... D6/366 |
| D489,542 S | * | 5/2004 | Giugiaro | ............... D6/366 |
| D493,627 S | * | 8/2004 | Ma | ............... D6/366 |

* cited by examiner

*Primary Examiner*—Mimosa De

(74) *Attorney, Agent, or Firm*—Charles E. Baxley

(57) **CLAIM**

The ornamental design for a chair, as shown.

**DESCRIPTION**

FIG. 1 is a perspective view of a chair showing my new design;
FIG. 2 is a front elevation view thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a left side elevation view thereof;
FIG. 5 is a right side elevation view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**





EXHIBIT C
Page 10



# FIG.1

EXHIBIT C
Page 11



# FIG.2

EXHIBIT C
Page 12

**U.S. Patent**     Oct. 11, 2005     Sheet 3 of 6     **US D510,488 S**



# F I G . 3

EXHIBIT C

**U.S. Patent**          Oct. 11, 2005          Sheet 4 of 6          US D510,488 S



# FIG.4

**EXHIBIT C**
**Page 14**

**U.S. Patent**     Oct. 11, 2005     Sheet 5 of 6     **US D510,488 S**



# FIG.5

**EXHIBIT C**
**Page 15**



# FIG.6



# FIG.7

EXHIBIT C
Page 16

# EXHIBIT D

# Task Chairs



## B5500 Professional Managers Mesh Chair

➡ Thick padded contoured seat and air mesh back with built-in lumbar support.
➡ 2 to 1 synchro tilt mechanism with adjustable tilt tension.
➡ Breathable mesh fabric seat with ample padding.
➡ Adjustable height armrests with soft polyurethane pads.
➡ Seat tilt lock allows the seat to lock in the upright position.
➡ Padded back frame.
➡ Pneumatic gas lift seat height adjustment.
➡ Adjustable tilt tension.
➡ Large 27" nylon base for greater stability.
➡ Hooded double wheel casters.
➡ Arm Height: 25.5"H – 29.5"H
➡ Seat size: 21"W X 19"D
➡ Seat height: 19"-23"H
➡ Overall size: 28"W X 27"D X 38-42"H

| B205 | B247 | B300 |
| B305 / B307 | B315 | B317 |
| B325 | B490 | B495 |

**EXHIBIT D**
**Page 17**

BOSS - - Task Chair



| **B497** | **B580** | **B595** |
| **B600** | **B780** | **B1002** |
| **B1014** | **B1015** | **B1016** |
| **B1560/B1561** | **B1562** | **B1570/B1571** |
| **B2007** | **B5500** | **B5700** |
| **B6008** | **B6206** | **B9090/B9091** |
| **B9090-CS** | | |

**BOSS ⬆**

©1999-2008 BOSS CHAIR, Inc. All rights reserved worldwide.

5353 JILLSON STREET, COMMERCE, CA 90040 P. 323-262-1919 F. 323-262-2300

# Exhibit E

# Task Chairs



## B5700 Professional Managers Mesh Chair w/ Leather Seat

⇨ Thick padded contoured seat and air mesh back with built-in lumbar support.
⇨ 2 to 1 synchro tilt mechanism with adjustable tilt tension.
⇨ LeatherPlus seat with ample padding.
⇨ LeatherPlus is leather that is polyurethane infused for added softness and durability.
⇨ Adjustable height armrests with soft polyurethane pads.
⇨ Seat tilt lock allows the seat to lock in the upright position.
⇨ Padded back frame.
⇨ Pneumatic gas lift seat height adjustment.
⇨ Adjustable tilt tension.
⇨ Large 27" nylon base for greater stability.
⇨ Hooded double wheel casters.
⇨ Arm Height: 25.5"H – 29.5"H
⇨ Seat size: 21"W X 19"D
⇨ Seat height: 19"-23"H
⇨ Overall size: 28"W X 27"D X 38-42"H

| B205 | B247 | B300 |
| B305 / B307 | B315 | B317 |
| B325 | B490 | B495 |

BOSS - - Task Chair



**B497**   **B580**   **B595**

**B600**   **B780**   **B1002**

**B1014**   **B1015**   **B1016**

**B1560/B1561**   **B1562**   **B1570/B1571**

**B2007**   **B5500**   **B5700**

**B6008**   **B6206**   **B9090/B9091**

**B9090-CS**

**BOSS ⬆**

©1999-2008 BOSS CHAIR, Inc. All rights reserved worldwide.

5353 JILLSON STREET, COMMERCE, CA 90040 P. 323-262-1919 F. 323-262-2300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV08- 307 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Edward R. Schwartz, Bar No. 147553
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Blvd., Suite 500
P.O. Box 7068
Pasadena, California 91109-7068
626-795-9900

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Blumenthal Distributing, Inc.<br>dba Office Star Products<br><br><br>Plaintiff(s)<br><br>v.<br><br>Norstar Office Products, Inc.<br>dba Boss Office Products<br><br><br>Defendant(s) | CASE NUMBER:<br><br>SACV08-0307 AG (ANx)<br><br><br><br>**SUMMONS** |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney

<u>Edward R. Schwartz</u>                                              , whose address is:

CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, California 91105

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date:  MAR 1 8 2008

By: _____
                                Deputy Clerk

*(Seal of the Court)*

---

**SUMMONS**

CV-1A (01/01)                                                                                                    CCD-1A

CONFORMING COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Edward R. Schwartz, Bar No. 147553
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Blvd., Suite 500
P.O. Box 7068
Pasadena, California 91109-7068
626-795-9900
ATTORNEYS FOR: Blumenthal Distributing, Inc.
dba Office Star Products

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Blumenthal Distributing, Inc. dba Office Star Products | CASE NUMBER |
|---|---|
| v. | SACV08-0307 AG (ANx) |
| Norstar Office Products, Inc. dba Boss Office Products | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

Plaintiff(s),

Defendant(s)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Blumenthal Distributing, Inc. dba Office Star Products</u>
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest
in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or
recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Blumenthal Distributing, Inc. | Plaintiff |
| Norstar Office Products, Inc. | Defendant |

March 17, 2008
Date

Sign
Edward R. Schwartz, Bar No. 147553

Attorney of record for or party appearing in pro per
Blumenthal Distributing, Inc.

CV-30 (12/03)                    **NOTICE OF INTERESTED PARTIES**                    CCDCV30

1   **EDWARD R. SCHWARTZ, CA Bar No. 147553**
    e-mail:  ers@cph.com
2   **CHRISTIE, PARKER & HALE, LLP**
    **350 West Colorado Boulevard, Suite 500**
3   **Post Office Box 7068**
    **Pasadena, California 91109-7068**
4   **Telephone: (626) 795-9900**
    **Facsimile: (626) 577-8800**
5
    Attorneys for Plaintiff,
6   Blumenthal Distributing, Inc.
    dba Office Star Products
7

CONFORMING COPY

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11   BLUMENTHAL DISTRIBUTING,            Case No. **SACV08-0307 AG**
     INC. dba OFFICE STAR PRODUCTS,
12                                        **CORPORATE DISCLOSURE (ANx)**
                Plaintiff,                **STATEMENT**
13
            vs.
14
     NORSTAR OFFICE PRODUCTS,
15   INC. dba BOSS OFFICE PRODUCTS,

16              Defendant(s).

17

18       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff

19   Blumenthal Distributing, Inc. states that it has no parent corporation, and that no

20   publicly held corporation owns 10% or more of its stock.

21                            Respectfully submitted,

22                            CHRISTIE, PARKER & HALE, LLP

23

24   DATED:  March 17, 2008      By
                                     Edward R. Schwartz
25                                   Attorneys for Plaintiff,
                                     Blumenthal Distributing, Inc.
26                                   dba Office Star Products

27
     BLV PAS784799.1-*-03/17/08 2:56 PM
28

CHRISTIE, PARKER & HALE, LLP

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I.(a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Blumenthal Distributing, Inc.
dba Office Star Products

**DEFENDANTS**

Norstar Office Products, Inc.
dba Boss Office Products

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Edward R. Schwartz, Bar No. 147553
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Blvd., Suite 500
P.O. Box 7068
Pasadena, California 91109-7068
626-795-9900

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement 35 U.S.C. Section 1, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litig. |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determina-tion Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII.(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)   CIVIL COVER SHEET   Page 1 of 2

SACV08-0307

CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b).  RELATED CASES:** Have any cases been previously filed that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above
in a, b or c also is present.

**IX.  VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides  (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.
Orange

List the California County, or State if other than California, in which **EACH** named defendant resides.   (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.
Los Angeles

**List the California County**, or State if other than California, in which **EACH** claim arose.   (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
ORANGE COUNTY

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _Edward R. Schwartz_   Date 3/17/2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |