1  EDWARD R. SCHWARTZ, CA Bar No. 147553
   e-mail: ers@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   350 West Colorado Boulevard, Suite 500
3  Post Office Box 7068
   Pasadena, California 91109-7068
4  Telephone: (626) 795-9900
   Facsimile: (626) 577-8800
5
   Attorneys for Plaintiff,
6  Blumenthal Distributing, Inc.
   dba Office Star Products
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR PRODUCTS, <br><br> Plaintiff, <br><br> vs. <br><br> NORSTAR OFFICE PRODUCTS, INC. dba BOSS OFFICE PRODUCTS, <br><br> Defendant. | Case No. SACV08-0307 AG (ANx) <br><br> **STIPULATION OF DISMISSAL** |
| NORSTAR OFFICE PRODUCTS, INC. dba BOSS OFFICE PRODUCTS, <br><br> Countercomplainant, <br><br> vs. <br><br> BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR PRODUCTS, <br><br> Counterdefendant. | |

    Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff Blumenthal Distributing, Inc. and Defendant Norstar Office Products, Inc., by their respective attorneys, hereby stipulate to dismissal of their claims and counterclaims in this action, with

-1-

1  prejudice. Each party shall bear its own costs, including attorney's fees.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED: 8/5/08            By /s/ Edward R. Schwartz
                         Edward R. Schwartz
                         Attorneys for Plaintiff,
                         Blumenthal Distributing, Inc.
                         dba Office Star Products


FULBRIGHT & JAWORSKI, L.L.P.

DATED: August 5, 2008    By /s/ Todd M. Sorrell
                         Todd M. Sorrell
                         Attorneys for Defendant,
                         Norstar Office Products, Inc.