**EDWARD R. SCHWARTZ, CA Bar No. 147553**
e-mail: ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

JS-6

Attorneys for Plaintiff,
Blumenthal Distributing, Inc.
dba Office Star Products

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR PRODUCTS,<br><br>Plaintiff,<br><br>vs.<br><br>NORSTAR OFFICE PRODUCTS, INC. dba BOSS OFFICE PRODUCTS,<br><br>Defendant. | Case No. SACV 08-0307 AG(ANx)<br><br>**ORDER OF DISMISSAL** |
| NORSTAR OFFICE PRODUCTS, INC. dba BOSS OFFICE PRODUCTS,<br><br>Countercomplainant,<br><br>vs.<br><br>BLUMENTHAL DISTRIBUTING, INC. dba OFFICE STAR PRODUCTS,<br><br>Counterdefendant. | |

-2-

1  Pursuant to the stipulation of the parties, all claims and counterclaims in
2  this action are dismissed, with prejudice. Each party shall bear its own costs,
3  including attorney's fees.
4      IT IS SO ORDERED.

6  DATED: August 07, 2008

                         Hon. Andrew J. Guilford
                         United States District Court Judge

BLV PAS806263.1-*-07/29/08 2:38 PM

CHRISTIE, PARKER & HALE, LLP